# United States Court of Appeals
FOR THE DISTRICT OF COLUMBIA CIRCUIT

| | |
|---|---|
| **No. 06-5179** | **September Term, 2006** |
| | 05cv01375 |

Filed On:

Michael Eric Hornes,
    Appellant

v.

United States Department of Justice and Federal Bureau of Prisons,
    Appellees

UNITED STATES COURT OF APPEALS
FOR DISTRICT OF COLUMBIA CIRCUIT

FILED AUG 1 5 2007

CLERK

## ORDER

By order filed June 28, 2007 appellant was ordered to show cause by July 30, 2007 why the district court's order should not be summarily affirmed. Appellant was warned that failure to comply would result in dismissal of this appeal. To date no response has been received by the Court. Upon consideration of the foregoing, it is

**ORDERED** that this case be dismissed for lack of prosecution. See D.C. Cir. Rule 38.

The Clerk is directed to issue the mandate in this case 45 days after the date of this order.

**MANDATE**
Pursuant to the provisions of Fed. R. App. Pro. 41(a)
ISSUED: 10/15/07
BY:
ATTACHED: ___ Amending Order
           ___ Opinion
           ___ Order on Costs

FOR THE COURT:
Mark J. Langer, Clerk

BY: _____
    Deputy Clerk

A True copy:
United States Court of Appeals
for the District of Columbia Circuit

By: _____ Deputy Clerk